## In re ERICKSON.

Court of Appeals. of District of Columbia.

Submitted January 12, 1928. Decided March 5, 1928.

No. 2009.

Patents ⬉17(3)—Patent for telephone elbow rest, consisting of elbow pad, held properly refused, as lacking inventive initiative.

Application for patent for telephone elbow rest, disclosing elbow pad for use in connection with desk telephone, *held* properly refused, as lacking inventive initiative, in view of universal use of cushions for various purposes analogous to use suggested.

Appeal from the Commissioner of Patents.

In the matter of the application of Jennie V. Erickson for a patent for a telephone elbow rest. From a decision denying the application, applicant appeals. Affirmed.

J. F. Williamson and C. C. Reif, both of Minneapolis, Minn., and J. A. Hoffman, of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, VAN ORSDEL, Associate Justice, and SMITH, Judge of the United States Court of Customs Appeals.

VAN ORSDEL, Associate Justice. This appeal is from the decision of the Commissioner of Patents, denying the application of appellant for a patent for a telephone elbow rest.

The application discloses an elbow pad for use in connection with a desk telephone. The pad is connected to the telephone by an elastic band, provided with snap button fasteners for securing the end of the band around the telephone standard. The patent was rejected upon two references; but, without stopping to consider these references, we are of opinion that the application should be rejected on the broader ground that no invention exists in the using of a cushion for an elbow rest in connection with a telephone, as is disclosed in this case, for the reason that the universal use of cushions for various purposes, analogous to the use here suggested, is lacking in ˙inventive initiative.

The decision of the Commissioner is affirmed.